UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIX PARMS | CIVIL ACTION |
| VERSUS | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | No. 14-00330-BAJ-RLB |

## RULING AND ORDER

On August 6, 2015, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of the Social Security Administration's decision denying Plaintiff Felix Parms' ("Parms") application for disability insurance benefits, and dismissing Parms' appeal. **(Doc. 16)**.

The Magistrate Judge's Report and Recommendation specifically notified all parties that, pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days from the date they were served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 16 at p. 1)**. A review of the record indicates that Parms submitted written objections on August 19, 2015. **(Doc. 17)**.

Having carefully and independently considered the Magistrate Judge's Report and Recommendation, the record, the objections filed, and the applicable law, the Court

concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration's decision denying Plaintiff Felix Parms' application for disability insurance benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 3rd day of September, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA